

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00005-CV

**ESTATE OF FRANCISCO RODRIGUEZ**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC0654-A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Patricia O. Alvarez, Justice

The panel has considered Appellant Blanca Rodriguez's motion for rehearing; the motion is DENIED.  *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court